

Sarah M Lightdale
+1 212 479 6374
slightdale@cooley.com

**VIA ECF**

May 16, 2019

Magistrate Judge Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Crosson v. Heartbeat Health, Inc.*, **1:19-cv-00667-MKB-RML**

Dear Judge Levy:

We are counsel to Defendant Heartbeat Health, Inc. ("Defendant") in the above-referenced matter. We write, jointly with counsel to Plaintiff, to inform the Court that the parties have reached and executed a confidential settlement agreement and release. The parties are currently in the process of fulfilling certain terms prior submitting a dismissal with prejudice.

The parties respectfully request that the Court dismiss this action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time. In view of the resolution, the parties respectfully request the Court adjourn all pending dates and deadline, *sine die*, including but not limited to, the Initial Conference scheduled for May 23, 2019, and the Answer due May 31, 2019.

We thank Your Honor for considering this matter.

# Cooley

May 16, 2019
Page Two

Sincerely,

*/s/ Sarah M. Lightdale*
Sarah M. Lightdale

SO ORDERED:

_____

Honorable Robert M. Levy
United States Magistrate Judge

Cooley LLP   1114 Avenue of the Americas   New York, NY   10036
t: (212) 479-6000  f: (212) 479-6275  cooley.com