**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARETHA CROSSON, individually and as the representative of a class of similarly situated persons,<br><br>      Plaintiff,<br><br>– against –<br><br>HEARTBEAT HEALTH, INC.,<br><br>      Defendants. | **ECF Case**<br><br>**1:19-cv-667-MKB-RML**<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Aretha Crosson and defendant Heartbeat Health, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

ACTIVE\53784909.v1

be filed, without further notice, with the Clerk of the Court by any Party herein.


Dated:  Brooklyn, New York
        May 28, 2019


SHAKED LAW GROUP, P.C.              COOLEY, LLP


By: */s/Dan Shaked*_____     By: */s/Sarah Lightdale*_____
    Dan Shaked, Esq.                     Sarah Lightdale, Esq.
    44 Court Street, Suite 1217          1114 Avenue of the Americas
    Brooklyn, New York 11201            New York, New York 10036
    Telephone: (917) 373-9128           Telephone: (212) 479-6000
    Email: shakedlawgroup@gmail.com     Email: slightdale@cooley.com
    *Attorneys for Plaintiff*            *Attorneys for Defendant*


SO ORDERED:
s/ MKB 5/30/2019

_____
MARGO K. BRODIE
United States District Judge